# United States District Court for the Northern District of Illinois

Case Number: 08-50078          Assigned/Issued By: PG

FILED
MAY 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FEE INFORMATION

Amount Due:   ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

## ISSUANCES

Type Of Issuance:   ☑ Summons                          ☐ Alias Summons
                    ☐ Third Party Summons              ☐ Lis Pendens
                    ☐ Non Wage Garnishment Summons
                    ☐ Wage-Deduction Garnishment Summons
                    ☐ Citation to Discover Assets
                    ☐ Writ _____
                           (Type of Writ)

Original and  0  copies on  5/5/08  as to  Defendant
                            (Date)