UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BERGSTROM, INC.,             )
                             )   Case No. 08-CV-50078
            Plaintiff,       )
                             )
    vs.                      )
                             )
GLACIER BAY, INC.,           )
                             )
            Defendant.       )

**NOTICE OF CLAIMS INVOLVING A PATENT**

Pursuant to Local Rule 3.4 of the Northern District of Illinois, Western Division, notice is hereby given that the above entitled action raises for the first time a claim arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq*.

The information required by 15 U.S.C. §1116(c) for each patent is as follows:

Name and Address of the Plaintiff:
Bergstrom, Inc.
2390 Blackhawk Road
Rockford, IL  61104

Name and Address of the Defendant:
Glacier Bay, Inc.
2845 Chapman Street
Oakland, CA 94601

Designating Numbers of the Registrations:
Patent No. 6,889,762
Issued on May 10, 2005

Dated this 5th day of May, 2008.

                                    Respectfully submitted,

                                    By: /s/ David G. Hanson  
                                    Attorney for Plaintiff  
                                    Bergstrom, Inc.  
                                    Reinhart Boerner Van Deuren  
                                    1000 North Water Street  
                                    Milwaukee, WI 53202  
                                    Telephone: 414-298-1000

REINHART\2305112