AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BERGSTROM, INC.

CASE NUMBER: **08 C 50078**

V.

ASSIGNED JUDGE: **JUDGE KAPALA**

GLACIER BAY, INC.

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE MAHONEY**

TO: (Name and address of Defendant)

GLACIER BAY, INC.
c/o Gerald Alston, Registered Agent
2845 Chapman Street
Oakland, CA 94601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David G. Hanson
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**May 6, 2008**

(By) DEPUTY CLERK                                    Date

| Attorney or Party without Attorney:<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 2100<br>Milwaukee, WI 53201<br>*Telephone No:* 414-298-8717    *FAX No:* 414-298-8097<br>ldirnbau@reinhartlaw.com<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*

US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

*Plaintiff:* Bergstrom Inc

*Defendant:* Glacier Bay Inc.

| **AFFIDAVIT OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>08 c 50078 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; Ehxibits, Civil Cover Sheet, Notice of Claims and Attorney Appearance Form

3.  *a. Party served:*  Glacier Bay Inc.
    *b. Person served:*  party in item 3.a. GERALD "KEVIN" ALSTON, AGENT FOR SERVICE, White, Male, 45 Years Old, Brown Hair, Brown Eyes, 6 Feet, 150 Pounds

4.  *Address where the party was served:*  C/O Gerald Alston, Registered Agent
    2930 Faber Street
    Union City, CA 94587

5.  *I served the party:*
    **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 07, 2008 (2) at: 4:42PM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant

7.  *Person Who Served Papers:*
    a. Aimee Garza

    ABOINGO SERVICES

    Aboingo Services    P 510-475-6161
    1780 Whipple Rd    F 510-475-6262
    Suite #102    www.aboingo.net
    Union City, CA 94587

*Fee for Service:*    $135.00

I Declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

5/8/08    *(Signature)*
*(Date)*

J. BROWN
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
COMMISSION # 1722116
MY COMM. EXPIRES JAN. 28, 2011

8.  *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 1/28/2011
*(Date)*

JBrown
*(Notary Public))*

AFFIDAVIT OF SERVICE
SUMMONS & COMPLAINT

2988717.46107