## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:  3:08-cv-50078

Bergstrom, Inc. v. Glacier Bay, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Glacier Bay, Inc.

| | |
|---|---|
| **NAME** (Type or print) <br> Michael D. Kaminski | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br>    s/  Michael D. Kaminski | |
| **FIRM** <br> Foley & Lardner LLP | |
| **STREET ADDRESS** <br> 3000 K Street Northwest, Suite 500 | |
| **CITY/STATE/ZIP** <br> Washington, D.C. 20007 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6195649 | **TELEPHONE  NUMBER** <br> (202) 672-5300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**<u>Certificate of Service</u>**

I, Michael D. Kaminski, an attorney, hereby certify that on May 21, 2008, the foregoing

Attorney Appearance Form was filed with the Clerk of Court using the CM/ECF system, which

will send an electronic copy of the foregoing to David G. Hanson at <u>dhanson@reinhartlaw.com</u>,

counsel for plaintiff Bergstrom, Inc.

/s/ Michael D. Kaminski
Michael D. Kaminski