**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 3:08-cv-50078 |
|---|---|
| Bergstrom, Inc. v. Glacier Bay, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Glacier Bay, Inc.

| |
|---|
| NAME (Type or print) <br> Andrea M. Augustine |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Andrea M. Augustine |
| FIRM <br> Foley & Lardner LLP |
| STREET ADDRESS <br> 321 North Clark Street, Suite 2800 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6242450 | TELEPHONE NUMBER <br> (312) 832-4500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **Certificate of Service**

    I, Andrea M. Augustine, an attorney, hereby certify that on May 21, 2008, the foregoing Attorney Appearance Form was filed with the Clerk of Court using the CM/ECF system, which will send an electronic copy of the foregoing to David G. Hanson at dhanson@reinhartlaw.com, counsel for plaintiff Bergstrom, Inc.

                                                     /s/ Andrea M. Augustine
                                                   Andrea M. Augustine