## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Bergstrom, Inc.
                        Plaintiff,

v.                                       Case No.: 3:08–cv–50078
                                            Honorable Frederick J. Kapala

Glacier Bay, Inc.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Motion for extension of time to answer [10] is granted. Response due by 7/28/2008. Status hearing set for 6/11/2008 at 01:30 PM. Plaintiff is directed to notify any party filing an appearance subsequent to the entry of this order, of the status hearing. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.