# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Bergstrom, Inc.
                Plaintiff,

v.
                                          Case No.: 3:08–cv–50078
                                          Honorable Frederick J. Kapala

Glacier Bay, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 8/13/2008. Case management order approved. Parties to engage in private mediation as stated in open court. FRCP 26(a)(1) disclosure due 9/12/08. Burden Based party shall comply with FRCP(26)(a)(2) by 8/31/09. Depositions by 9/30/09. Responsive party shall comply with FRCP(26)(a)(2) by 10/30/09. Depositions by 11/30/09. Depositions limited to 5 hours. Amended Pleadings due by 11/14/2008. Fact Discovery ordered closed by 8/17/2009. Dispositive Motions due by 10/30/2009. Joint Claim Construction Statement due 6/5/09. Discovery Hearing set for 11/14/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.