UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

BERGSTROM, INC.,

          Plaintiff,

       v.                      Case No. 3:08-cv-50078

GLACIER BAY, INC.,

          Defendant.

## NOTICE OF APPEARANCE

To:    Clerk of Court
        United States District Court
        Northern District of Illinois
        Western Division
        211 South Court Street
        Rockford, IL 61101

       PLEASE TAKE NOTICE that I will be one of the attorneys appearing for Plaintiff Bergstrom, Inc. in this action. I request that copies of all notices and other papers in this action also be served upon me at the address below.

       Dated this 18th day of August, 2008.

                                                            s/ Amy L. Lindner
                                                            David G. Hanson
                                                            dhanson@reinhartlaw.com
                                                            Paul J. Stockhausen
                                                            pstockha@reinhartlaw.com
                                                            Amy L. Lindner
                                                           alindner@reinhartlaw.com
                                                           Attorneys for Plaintiff, Bergstrom, Inc.
                                                           Reinhart Boerner Van Deuren s.c.
                                                           1000 North Water Street, Suite 2100
                                                           Milwaukee, WI 53202
                                                           Telephone:  414-298-1000
                                                           Facsimile:  414-298-8097

REINHART\2428855