UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

BERGSTROM, INC.,

        Plaintiff,

v.          Case No. 3:08-cv-50078

GLACIER BAY, INC.,

        Defendant.

## STIPULATION REGARDING MEDIATION

Pursuant to the Court's case management order, the parties hereby notify the Court that both parties stipulate that William H. Frankel of Brinks Hofer Gilson & Leone is an acceptable mediator in this case. The parties are in the process of contacting Mr. Frankel to clear conflicts.

Dated this 3rd day of September, 2008.

| s/ Amy L. Lindner | s/ Andrea M. Augustine |
|---|---|
| David G. Hanson | Andrea M. Augustine |
| dhanson@reinhartlaw.com | Michael D. Kaminski |
| Paul J. Stockhausen | Attorneys for Defendant, Glacier Bay, Inc. |
| pstockha@reinhartlaw.com | Foley & Lardner LLP |
| Amy L. Lindner | 321 North Clark Street, Suite 2800 |
| alindner@reinhartlaw.com | Chicago, IL 60610-4764 |
| Attorneys for Plaintiff, Bergstrom, Inc. | Telephone: 312-832-4500 |
| Reinhart Boerner Van Deuren s.c. | Facsimile: 312-832-4700 |
| 1000 North Water Street, Suite 2100 | |
| Milwaukee, WI 53202 | |
| Telephone: 414-298-1000 | |
| Facsimile: 414-298-8097 | |

REINHART\2459180