Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| CASE NUMBER | 08 C 50078 | DATE | 1/22/2010 |
| CASE TITLE | Bergstrom, Inc. vs. Glacier Bay, Inc. | | |

**DOCKET ENTRY TEXT:**

Bergstrom's motion [84] to compel and Glacier Bay's motion [90] for a protective order are both granted in part. The court orders Glacier Bay to produce the source code to Bergstrom in an OCR'ed tiff format, or a comparable format deemed reasonable by the parties, and with appropriate confidentiality designations as set forth in the court's protective order entered January 30, 2009. The court further orders that Attorney Makeever is not to have access to the source code. Glacier Bay's motion [94] to compel documents related to settlement negotiations is denied. Glacier Bay's motion [97] to compel answers to Requests for Admission 6-9 is denied. Glacier Bay's motion [100] to compel is mooted by the parties' representations in court.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

FILED
JAN 2 2 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | BMJ |
|---|---|---|