**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Western Division**

Bergstrom, Inc.
                      Plaintiff,

v.                                          Case No.: 3:08−cv−50078
                                        Honorable Frederick J. Kapala

Glacier Bay, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 2, 2010:

      MINUTE entry before Honorable P. Michael Mahoney: iscovery hearing held on 3/2/2010. Defendant's Motion for discovery [117] is denied. Defendant's Motion for discovery [120] is denied. Defendant's Motion to compel [123] is granted in part and denied in part. Current responses to request to admit stricken. Response to outstanding request to admit due 4/5/10. Fact Discovery ordered closed by 5/7/2010. After fact discovery parties will be ready for a Markman hearing and upon completion of hearing the court will set expert discovery. Discovery Hearing set for 4/27/2010 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.