## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50078 | **DATE** | 8/31/2010 |
| **CASE TITLE** | Bergstrom, Inc. Vs. Glacier Bay, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to compel production of the timeline document [143] is denied. Plaintiff's motion to compel Defendant to produce testing videos [154] is denied. Plaintiff's motions to compel Defendant to produce prepared 30(b)(6) witnesses [154][161] is granted, in part, as to topics 10-12, 14, 23, 35-37, and 42, and denied as to topics 3, 5, 8, 32, 34, and 43. Defendant's motion for a protective order [167] is denied. As to Plaintiff's motion for sanctions [161], any reasonable costs that Plaintiff can demonstrate were incurred during continued depositions will be levied against Defendant.

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

*[signature: P. Michael Mahoney]*

| | Courtroom Deputy Initials: | BTJ |
|---|---|---|

.   Page 1 of 1