# Reinhart Boerner Van Deuren s.c.

PAGE: 16  INVOICE #: 251813
DATE: 27-Jul-10  CLIENT/MATTER: 015546-0101

Alto;                    travel to Palo    14-Jun-10   13.40    PJS     4,824.00



EXHIBIT A

# Reinhart Boerner Van Deuren s.c.

---

| | | | | |
|---|---|---|---|---|
| Return from Palo Alto; | 17-Jun-10 | 10.70 | PJS | 3,852.00 |

| Description | Date | Hours | Attorney | Amount |
|---|---|---|---|---|
| Travel to Palo Alto for depositions; | 20-Jun-10 | 14.10 | PJS | 5,076.00 |

# Reinhart Boerner Van Deuren s.c.

PAGE: 19

INVOICE #: 251813

DATE: 27-Jul-10

CLIENT/MATTER: 015546-0101

Return from Palo Alto;  23-Jun-10  11.10  PJS  3,996.00

travel to  28-Jun-10  15.90  PJS  5,724.00

Palo Alto for depositions;

# Reinhart Boerner Van Deuren s.c.
PAGE: 20  INVOICE #: 251813

DATE: 27-Jul-10  CLIENT/MATTER: 015546-0101

---

| Return travel from Palo Alto; | 30-Jun-10 | 11.30 | PJS | 4,068.00 |
|---|---|---|---|---|